UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ILLINOIS NATIONAL INSURANCE COMPANY,

Plaintiff,

v.

Civil No. 05-CV-1260 NAM/DRH

BANC ONE ACCEPTANCE CORPORATION,

Defendant.

---

## STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure Rule 41(a)(1)(ii), the parties, through their counsel, stipulate that Illinois National Insurance Company's third claim against Banc One Acceptance Corporation is voluntarily dismissed without costs to any party. This stipulation is limited to claims arising out of the Hoadley occurrence, claim, and suit (*Hoadley v. Banc One Acceptance Corporation*, Index No. 04-0145, New York Supreme Court, Cayuga County), as alleged in Illinois National's complaint, and does not extend to any other occurrence, claim, or suit.

Dated:  Buffalo, New York
        February 9, 2009

**HODGSON RUSS LLP**
*Attorneys for Illinois National Ins. Co.*

_____
Kevin D. Szczepanski
The Guaranty Building
140 Pearl Street
Buffalo, New York 14202
716-848-1485

Dated:  Buffalo, New York
        February 6, 2009

**UNDERBERG & KESSLER LLP**
*Attorneys for Banc One Acceptance Corp.*

_____
Paul V. Nunes
300 Bausch & Lomb Place
Rochester, New York 14604
585-258-2853

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge

Dated: February 9, 2009