## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

ILLINOIS NATIONAL INSURANCE COMPANY

    vs.                         CASE NUMBER: 5:05-cv-1260
                                                         (NAM/DRH)

BANC ONE ACCEPTANCE CORPORATION

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That the defendant's Motion for Summary Judgment on plaintiff's first and second claims was Granted on December 29, 2008.

That the Stipulation of Partial Dismissal was granted as to plaintiff's third claim on February 9, 2009.

All of the above pursuant to the Orders of the Honorable Judge Norman A. Mordue, dated December 29, 2008 and February 9, 2009.

DATED: February 10, 2009

                                                                 Clerk of Court

                                                                 s/
                                                                 Melissa Ennis
                                                                 Deputy Clerk